# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-02740-RM-NYW

EDGAR AGUILAR,
ELEAZAR DZIB and
FREDY HAU,

      Plaintiffs,

v.

PEPPER ASIAN, INC.,
PEPPER ASIAN II, INC., and
CHANG FU LIN,

      Defendants.

_____

## DECLARATION OF EDGAR AGUILAR
_____

I, Edgar Aguilar, declare and state as follows:

    1.    I am over 21 years of age. I am competent to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

    2.    I worked at the Pepper Asian Bistro from approximately February, 2017 through approximately September 10, 2021.

    3.    I worked upwards of 66.5 hours per week for the Bistro but they didn't pay me overtime.

    4.    I am in immediate need of the money that the Bistro will pay me in this case because my mother in Mexico had a surgery on December 31, 2021 and I paid all the bills for that and it took all my savings and I had to take a loan to cover it all. I still pay for my mother's rent, food and medicine, and for my child's living expenses in Mexico, but I don't have enough to pay my bills here in Colorado and their bills in Mexico now that my savings are gone and I

have to make the loan payments. Getting the money from this case quickly will make a big difference in my family's stability in terms of rent, food and medicine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 24/01/2022 _____

DocuSigned by:
4C4A1DA588DB461...
_____

Edgar Aguilar

## DECLARACIÓN DE EDGAR AGUILAR

Yo, Edgar Aguilar, declaro y digo lo siguiente,

1. Tengo más que 21 años de edad. Soy competente para hacer esta declaración. Todo lo dicho en esta declaración viene de mi conocimiento personal y es cierto y correcto.

2. Trabajé por Pepper Asian Bistro entre aproximadamente febrero del 2017 hasta aproximadamente septiembre 10 del 2021.

3. Trabajé mas de 66.5 horas semanales por el restaurante pero no me pagaban pagos de "overtime."

4. Necesito el dinero que el restaurante va a pagarme en este caso de forma inmediata porque a mi madre en méxico la operaron el 31 de diciembre del 2021 y yo pagué todos los costos de eso y eso me costó todos mis ahorros y tuve que pedir un préstamo para pagarlo todo. Sigo pagando la renta, comida y medicina de mi madre y pago todos los costos de

mi hijo en méxico, pero no tengo suficiente para pagar mis costos aquí en colorado y sus costos ahí en méxico ahora que gasté todos mis ahorros y tengo que hacer los pagos del préstamo. Recibir el dinero de este caso rápido hará una gran diferencia en la estabilidad de mí familia en términos de nuestra renta, comida y medicinas.

Yo declaro bajo pena de perjúria bajo las leyes de los Estados Unidos que lo antes es cierto y correcto.

Fecha: 24/01/2022 _____

_____
DocuSigned by: 4C4A1DA588DB461...

Edgar Aguilar

3