**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-cv-02740-RM-NYW

EDGAR AGUILAR,
ELEAZAR DZIB and
FREDY HAU,

      Plaintiffs,

v.

PEPPER ASIAN, INC.,
PEPPER ASIAN II, INC., and
CHANG FU LIN,

      Defendants.

---

**STIPULATION OF DISMISSAL**

---

COME NOW the Parties, pursuant to the Court's Order of February 24, 2022 (ECF No. 32) and per Fed. R. Civ. P. 41(a)(1)(A)(ii), to hereby dismiss the above-captioned action with prejudice.

Respectfully submitted this 3rd day of March, 2022.

| | |
|---|---|
| *s/ Brandt Milstein* | *s/ Frank W. Suyat* |
| Brandt Milstein | Frank W. Suyat |
| MILSTEIN TURNER, PLLC | Christopher Carr |
| 1942 Broadway, Suite 509 | DILL, DILL, CARR, STONBRAKER |
| Boulder, CO 80302 | & HUTCHINGS, P.C. |
| 303.440.8780 | 455 Sherman Street, Suite 300 |
| brandt@milsteinturner.com | Denver, CO 80203 |
| | 303.777.3737 |
| *Attorney for Plaintiffs* | fsuyat@dillanddill.com |
| | ccarr@dillanddill.com |
| | |
| | *Attorneys for Defendants* |